**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:22-cv-81538-AMC**

NELSON FERNANDEZ,

      Plaintiff,

v.

STARBUCKS CORPORATION, a Foreign for-profit corporation,

      Defendant.

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Starbucks Corporation ("Defendant") by its attorneys and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully moves for a 20-day extension of time, through and including December 16, 2022, to answer or otherwise respond to Plaintiff's Complaint. Defendant submits the following facts in support of its motion:

1. On October 6, 2022, Defendant was served with the Complaint. Defendant's response was due on October 27, 2022.

2. On October 20, 2022, the Court granted Defendant's first request for an extension of Defendant's responsive pleading deadline. Defendant's deadline to respond to the Complaint is November 26, 2022. (ECF No. 6.)

3. Defendant requested from Plaintiff an extension of time to December 16, 2022 to file a responsive pleading. Plaintiff has consented to this request.

4. The extension of time will give the parties to discuss ways to resolve the case without further litigation.

5. This motion is filed in good faith and it is the second such request for an

extension of time.

6. Defendant's request is not sought for the purpose of delay, nor will the additional time adversely affect the prospect of a just, speedy, and inexpensive determination of this action. *See* Fed. R. Civ. P. 1.

7. In accordance with Local Rule 7.1.(a)(2) and Section 31(6) of the CM/ECF Administrative Procedures, Defendant is filing a copy of a Proposed Order herewith and e-mailing a Word version of the same to the presiding judge.

WHEREFORE, Defendant respectfully requests that this Court grant its Unopposed Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and allow Defendant until December 16, 2022 to file a responsive pleading.

**CERTIFICATION OF PRE-FILING CONFERENCE**

In accordance with Local Rule 3.01(g), Defendant's counsel certifies that it conferred in good faith with Plaintiff's counsel, and Plaintiff's counsel consents to the relief requested herein.

Date: November 21, 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By s/ Kevin M. Young
Kevin M. Young
Florida Bar No. 114151
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
E-mail: kyoung@seyfarth.com

COUNSEL FOR DEFENDANT

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:22-cv-81538-AMC

NELSON FERNANDEZ,

    Plaintiff,

v.

STARBUCKS CORPORATION, a foreign for-profit corporation,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2022, I electronically filed DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

                              s/ Kevin M. Young
                              Counsel for Defendant